

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00203-CV

———————————————

IN RE RUSSELL JAY REGER, Relator

---

Original Proceeding
Criminal District Court No. 3 of Tarrant County, Texas
Trial Court No. 0579930D

---

Before Womack, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: June 15, 2023